Esgro Capital Mgt., LLC v Banks (2022 NY Slip Op 50502(U))

[*1]

Esgro Capital Mgt., LLC v Banks

2022 NY Slip Op 50502(U) [75 Misc 3d 134(A)]

Decided on June 17, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 17, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, J.P., Tisch, Michael, JJ.

570073/22

Esgro Capital Management, LLC, as
Successor in Interest to Taylor Business Institute, Plaintiff-Respondent, 
against
Sharae Banks, Defendant-Appellant.

Defendant appeals from an order of the Civil Court of the City of New York, New York
County (Matthew P. Raso, J.), dated December 7, 2020, which denied her motion to vacate a
default judgment.

Per Curiam.
Order (Matthew P. Raso, J.), dated December 7, 2020, affirmed, with $10 costs.
Civil Court properly denied defendant's motion to vacate the April 2013 default judgment.
Defendant waived her defense of lack of personal jurisdiction by waiting nearly three years after
her wages had been garnished before moving to vacate the default judgment (see Calderock Joint Ventures L.P. v
Mitiku, 45 AD3d 452 [2007]; U.S. Equities Corp. v Brito, 73 Misc 3d 148[A], 2021 NY Slip Op
51270[U][App Term, 1st Dept 2021]). To the extent that defendant sought a discretionary
vacatur pursuant to CPLR 5015(a)(1), the aforementioned delay "evidenced a willingness to
accede to the terms of the judgment" (Cooper v Carlson, 130 AD2d 703 [1987],
appeal dismissed 70 NY2d 747 [1987]), warranting denial of the motion.
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: June 17, 2022